■ In the Matter of SYLVESTER V. FLYNN, Petitioner, v DOROTHY KENT, as a Justice of the Supreme Court, Respondent. — Application in the nature of a writ of prohibition unanimously denied, the cross motion granted, and the petition dismissed as moot, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sullivan, Ross, Milonas and Kassal, JJ.